

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMORANDUM ENDORSED**

May 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Juan Castillo, 16 Cr. 249 (GHW)**

Dear Judge Woods:

      The Government was recently informed that a conference in connection with violations of supervised release was scheduled for June 21, 2021 at 2:00 p.m. Due to a scheduling conflict, the Government respectfully requests that the conference be adjourned. In consultation with Your Honor's Chambers, defense counsel, and the Probation Department, the Government requests that the conference be rescheduled for July 7, 2021 at 1:00 p.m. I have consulted with defense counsel and the Probation Department who consent to this request.

Application granted. The conference scheduled for June 21, 2021 is adjourned to July 7, 2021 at 1:00 p.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59.

SO ORDERED.
Dated: May 25, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

_____
Sagar K. Ravi
Assistant United States Attorney
(212) 637-2195

cc:    Annalisa Miron, Esq., *counsel for defendant* (by email and ECF)
       Amber Wilton, Probation Department (by email)