

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Juan Castillo</u>, 16 Cr. 249 (GHW)

Dear Judge Woods:

      As the Court is aware, a conference in connection with violations of supervised release filed against the defendant Juan Castillo is scheduled for September 23, 2021 at 10:00 a.m. The purpose of the conference, at least in part, is to assess the defendant's situation after he began a certain treatment regimen.

      On September 17, 2021, the Probation Department informed the parties that, after consultation with the treatment provider, the Probation Department believed that the defendant should continue with his ongoing treatment for additional time prior to a court conference and that the conference should be adjourned for approximately six weeks. Accordingly, the parties

jointly request that the conference scheduled for September 23, 2021 be adjourned for approximately six weeks.[1]  Defense counsel, Mark Gombiner, Esq., consents to this request.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  United States Attorney

By:  _____
       Sagar K. Ravi
       Assistant United States Attorney
       (212) 637-2195

cc:  Mark Gombiner, Esq., *counsel for defendant* (by email and ECF)
      Amber Wilton, Probation Department (by email)

Application granted.  The conference scheduled for September 23, 2021 is adjourned to November 23, 2021 at 9:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.
Dated:  September 20, 2021   _____
New York, New York             GREGORY H. WOODS
                                      United States District Judge

---

[1] For purposes of scheduling, the undersigned AUSA handling this matter is beginning a criminal trial on November 2, 2021 that is expected to last approximately three weeks.